# AFFIDAVIT OF FERNANDO GARCIA

STATE OF TEXAS             §
COUNTY OF EL PASO          §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Fernando Garcia, a person whose identity is personally known to me. After being duly sworn, Fernando Garcia did upon oath, depose and say:

1. "My name is Fernando Garcia. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it, which are true and correct.

2. I was born on October 15, 1970. I am the Executive Director of Border Network for Human Rights and have been for approximately ten years.

3. Border Network for Human Rights is a tax-exempt grassroots organization whose mission generally is to educate and organize marginalized border communities, especially immigrants. We focus on promoting awareness and asserting our human and civil rights, especially as they relate to interactions with the various law enforcement agencies on the border. We also engage in organizing and advocacy to promote holistic and just immigration reform and legalization policies. We send annual delegations to Washington and are members of local and national taskforces devoted to immigrant issues and human and civil rights in immigrant communities.

4. Border Network members include over 500 families in West Texas and Southern New Mexico. We also have over 20 community-based Committees for Human Rights and over 100 Human Rights Promoters. Our Board of Directors consists of over 20 members, a mix of professionals and elected officials with members and Promoters.

5. In order to be a member of our organization, one must simply participate regularly in committee meetings and other projects to promote the mission of Border Network for Human Rights. For those who can afford it, there is a $25 annual fee. Many of our members do not pay the fee. However, they raise much more than $25 to support their local committee's programs by organizing a garage sale or other method of fundraising such as selling taco plates.

6. Elizabeth Batista, Janeth Robles, Patricia Calderon, Lucero Betancourt, Sonia Leos, Araceli Lopez, Monica Guzman, Jesus Lopez, Elias Galvan, and Luis Hernandez who presented affidavits regarding their complaints against the Otero County Sheriff's Department are all members of Border Network for Human Rights in good standing, as are all of the individuals named in this lawsuit as Plaintiffs.

7. Our members and our organization have been harmed by the harassment and coercion of Otero County Deputies. Many of our members in Chaparral have fled the area for fear of the

Sheriff's Department. We know of burglaries and domestic violence that is going unreported. Others have been wrongfully removed or forced into costly legal proceedings that they wouldn't otherwise have to pursue. Many of our members are too afraid to attend committee meetings; they don't want to leave their house because they are afraid to see the Deputies.

8. We have also suffered financial harm because we have had to focus the majority of our resources on Chaparral in order to provide our members with organizing and support that we would not otherwise have had to do. Our attention and funds have been pulled away from other areas and planned activities and projects. In all we have spent $10,000 that we would not otherwise have spent in Chaparral on projects such as organizing events as well as fuel and expense reimbursements, plus hourly wages for extra staff time.

9. Because of these costs, which were caused by Otero County's ruthless Operation Stonegarden, Border Network is facing a budget deficit. We are trying to raise the extra $10,000 through fundraising, but otherwise we will not be able to cover our rent and payroll by the end of the summer.

10. We have never faced a budget crisis like this in the last ten years that I have been the Director.

11. The need for time and resources for our members in Chaparral has not yet ended. We are still spending significantly more time and money there for our members than usual, and we are still unable to pursue other programs or activities in our other committees or service areas.

12. I, Fernando Garcia, under the pains and penalties of perjury under the laws of the United States of America, swear I am capable of making this affidavit and that the foregoing statement is true and correct to the best of my knowledge."

_____
Fernando Garcia

SWORN TO and SUBSCRIBED before me on this the 15th day of May, 2008 in witness whereof I put my signature and seal of office.

_____
Notary Public, State of Texas

PAULINA BACA
Notary Public, State of Texas
My Commission Expires
November 28, 2010

My commission expires 11/28/2010

# AFFIDAVIT OF MARTINA MORALES

STATE OF TEXAS         §
COUNTY OF EL PASO      §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Martina Morales, a person whose identity is personally known to me. After being duly sworn, Martina Morales did upon oath, depose and say:

1. "My name is Martina Morales. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it, which are true and correct.

2. I was born on November 16, 1964. I am the Regional Coordinator for Southern New Mexico at Border Network for Human Rights. I oversee and coordinate all of the community-based Committees for Human Rights, members, and Promoters in Southern New Mexico, including Chaparral.

3. Elizabeth Batista, Janeth Robles, Patricia Calderon, Lucero Betancourt, Sonia Leos, Araceli Lopez, Monica Guzman, Jesus Lopez, Elias Galvan, and Luis Hernandez who presented affidavits regarding their complaints against the Otero County Sheriff's Department are all members of Border Network for Human Rights in good standing, as are the individuals who are named Plaintiffs in this lawsuit. I know all of them personally and have worked with them.

4. The work of Border Network for Human Rights has become much more difficult since the summer of 2007 when Operation Stonegarden took off in Chaparral.

5. Whereas before I would divide my time evenly amongst all of the committees and communities where we work in New Mexico. Now I spend almost all of my time in Chaparral. Not only that, but I need help from other Border Network members and staff that would not normally come with me.

6. We have also had to organize documentation campaigns and marches in order to help our members and the community there. Our recent activities have cost more money than our members have, so Border Network has had to pay for a lot.

7. Normally, our members pay for their own activities and supplies by selling candy or tacos or having a large garage sale, but they did not have time to do these activities because Stonegarden created emergencies without warning for our members. We could not have predicted it.

8. Also, the amount of money we needed to charter buses, pay for supplies, and pay our staff was much more than could be raised by selling candy around town. Chaparral is very far and isolated also, so, because gas has been so much more expensive, along with everything else,

our costs were thousands more than at the same time in any year before because of everything our members needed.

9. I also have not been able to do even our usual activities in the same way. It has been much more time consuming, which is much more expensive also.

10. Normally we would have large committee meetings on a weekly basis. Now people don't want to travel because they are afraid of being stopped even if they have status because maybe someone in their family is undocumented. Therefore, I have had to go to people's homes to meet with only a family or a few close neighbors at a time. I have had to go and see people more times every week because I cannot see them all at once. People also want to see me more because there are a lot of fears and anxieties in Chaparral and people need help and support from Border Network and other members.

11. Many times I have to meet with people who aren't even members because they want us to document their story for our human rights abuse on the border reports. There are so many more stories this year in Chaparral than ever before. And yet, many homes are empty because the family left in fear or was deported.

12. I, Martina Morales, under the pains and penalties of perjury under the laws of the United States of America, swear I am capable of making this affidavit and that the foregoing statement is true and correct to the best of my knowledge."

_____
Martina Morales

SWORN TO and SUBSCRIBED before me on this the 15th day of May, 2008 in witness whereof I put my signature and seal of office.

_____
Notary Public, State of Texas

PAULINA BACA
Notary Public, State of Texas
My Commission Expires
November 28, 2010

My commission expires 11/28/2010

- 2 -