IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BORDER NETWORK FOR HUMAN RIGHTS, MIRANDA LOPEZ, JAVIER MORENO, REBECCA MORENO, VANESSA MARTINEZ, JAIME SOTO, JESSICA RUIZ, ALICIA RUIZ, PEDRO SALAS, and NATALIA VARGAS and JORGE GARCIA, for themselves and their minor children, MARIA GARCIA, VICTOR GARCIA, AND ELVIRA GARCIA,**

       **Plaintiffs,**

v.               CV 07-01045 MV/WPL

**COUNTY of OTERO, NEW MEXICO, DEPUTY JASON GREEN, DEPUTY ROB HANSEN, and SEVERAL UNNAMED OTERO COUNTY SHERIFF'S DEPUTIES,**

       **Defendants.**

### JOINT MOTION FOR STIPULATED CONFIDENTIALITY ORDER

In order to permit the parties to discover information that might be relevant to this case without undermining the parties' right to protect certain information from public disclosure, the parties jointly request that the Court enter the proposed Confidentiality Order they are submitting separately for the Court's consideration.

Respectfully submitted,

SLEASE & MARTINEZ, P.A.


By: <u>Electronically filed August 5, 2008</u>
　　　WILLIAM D. SLEASE
　　　JONLYN M. MARTINEZ
　　　Attorneys for Defendants
　　　P.O. Box 1805
　　　Albuquerque, NM 87103-1805
　　　(505) 247-9488
　　　(505) 247-9566 (fax)

By: <u>Approved via e-mail August 5, 2008</u>
　　　BRIANA STONE
　　　Paso del Norte Civil Rights Project
　　　Attorneys for Plaintiffs
　　　1317 Rio Grande
　　　El Paso, TX 79902
　　　915-532-3799 ext. 10 phone
　　　915-532-8892 fax
　　　briana_pdn@yahoo.com