UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

**Case:** Border Network for Human Rights et al. v. County of Otero, NM et al.

**Case No.:** 7cv1045 MV/WPL

**Date:** February 12, 2009

**Clerk:** jkc

**Type of Proceeding:** Hearing to Approve Settlement

**Attorney for Plaintiff:** Briana Stone

**Attorney for Defendant:** William Slease

**Proceedings Commenced:** 2:00 p.m.

**Court in Recess:** 2:24 p.m.

**Proceedings:**

1. Defense counsel questioned the parents of minor plaintiffs P.G., A.G., and C.G. to confirm that the settlement reached is fair and in the best interest of the minors.
2. The settlement is approved by the Court.
3. Defense counsel will provide the Court with two orders: an order approving the settlement generally and an order approving the settlement as to the minors.
4. The proceedings will be placed under seal.
`